UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Janessa Novak, individually and as Special Administrator for the Estate of Lance Novak, deceased, and on behalf of M.N. and H.N., minor children of the deceased, | Case No. 21-CV-81-jdp |
| Plaintiff, | |
| v. | |
| Michael McIlvain, in his individual capacity, Heather White, in her individual capacity, Joshua DeLong, in his individual capacity, Todd Leonard, M.D., in his individual capacity, Jane Does 1-3, in their individual capacities, Douglas County, and MEnD Correctional Care, PLLC, | |
| Defendants, | |

### [Proposed] Amended Preliminary Pretrial Conference Order

Whereas, the parties' Stipulation to Amend the Preliminary Pretrial Conference Order came before this Court on the papers [Doc. No. 30];

Whereas, the Court finds good cause to grant this Stipulation;

Now therefore, it is hereby ORDERED THAT the Preliminary Pretrial Conference Order in this case shall be amended as follows:

Deadline for Filing Dispositive Motions: July 15, 2022

Discovery Cutoff: July 15, 2022 (unchanged)

2

Settlement Letters: October 28, 2022

Rules 26(a)(3) Disclosures and all motions in limine: November 4, 2022

Responses to motions in limine: November 18, 2022

Final Pretrial Conference: November 30, 2022

Trial:  December 12, 2022

Dated:_____

_____
The Honorable Stephen L. Crocker
United States Magistrate Judge